IN THE UNITED STATES DISCTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DARLA TRUMAN, | ) |
| | ) Civil No. 05 CV 00513 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BICKFORD SENIOR LIVING GROUP, | ) |
| L.L.C, a/k/a BICKFORD COTTAGE, | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| Defendant. | ) |

COMES NOW the Plaintiff, pursuant to a settlement agreement, and hereby moves for dismissal of the above-captioned claim with prejudice.

_____
Nathaniel R. Boulton (PK322961)
Hedberg, Owens, Hedberg & Walsh, P.C.
840 Fifth Avenue
Des Moines, IA 50309
(515) 288-4146 (Phone)
(515) 288-3320 (FAX)
nboulton@hedberglaw.com

Original filed.

Copy to:

Ms. Megan Belcher
Attorney for Defendant

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on January 5 , 2006
By: ☐ U S Mail      ☐ FAX
    ☐ Hand Delivered  ☐ Overnight Courier
    ☐ Certified Mail  ☒ Other: CM/ECF
Signature _____